THE RICRDO S. MARTINEZ

## UNITED STATES HONORABLE DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　vs.<br>USO HALE,<br><br>　　　　Defendant. | No. CR 19-136RSM<br><br>ORDER GRANTING LEAVE TO SEAL EXHIBIT 4, EVALUATION OF DR. ALAN BREEN |

This Court, having thoroughly reviewed the records and files herein, and finding that 1) the evaluation of Dr. Breen references personal and protected medical information; 2) the disclosure of that information poses the substantial probability of harm to Mr. Hale's privacy interests; 3) the avoidance of that harm constitutes a compelling interest, and 4) the compelling interest overcomes the public's qualified First Amendment right of access to criminal documents,

HEREBY ORDERS that Exhibit 4 be sealed.

Dated this 12th day of November, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
*USO HALE*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091

Respectfully submitted,

/s/Cathy Gormley
Cathy Gormley, WSBA #26169

**CERTIFICATE OF SERVICE**

I, Cathy Gormley, certify that on November 12, 2020, I filed a copy of this document with ECF, which will provide copies to the parties via e-mail.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169

ORDER TO SEAL
*USO HALE*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091